ACCEPTED
14-15-00360-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 10:36:29 AM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00360-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/28/2015 10:36:29 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1386895
In the 176th Criminal District Court
Of Harris County, Texas

———————◆———————

ANTHONY D. ALFORD
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, appellee, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

Page 1 of 5

1. In the 176th Criminal District Court of Harris County, Texas, in cause number 1386895, the State charged appellant by indictment with the second-degree felony offense of sexual assault of a child in *The State of Texas v. Anthony D. Alford*, and also alleged two punishment-enhancement paragraphs.

2. A jury found appellant guilty as charged in the indictment.

3. On April 10, 2015, the trial court found the State's punishment-enhancement allegations "true" and sentenced appellant to confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for sixty years.

4. Appellant timely filed written notice of appeal on April 10, 2015.

5. Appellant filed his appellate brief with this Court on August 27, 2015.

6. The State's appellate brief is due on September 28, 2015.

7. This is the State's first request for an extension.

8. The State requests that this Court extend the timeframe for the State to file its appellate brief to October 28, 2015.

9. The facts relied upon to explain the need for this extension are:

   a. During the timeframe allowed for researching and preparing the State's appellate brief for this case, the undersigned attorney has also

been responsible for researching and preparing the State's appellate briefs in the following cases that are also assigned to her:

   i. *James Agbeze v. State of Texas*; No. 14-15-00474-CR

   ii. *Geraline Lincoln v. State of Texas*; No. 14-14-00957-CR, No. 14-14-00959-CR

   iii. *Erick Eduardo Hernandez v. State of Texas*; No. 14-15-00209-CR

   iv. *Joe Lee Bowden v. State of Texas*; No. 14-14-00955-CR

   v. *Juan Mendoza v. State of Texas*; No. 14-15-00537-CR

   vi. *Roy Vasquez v. State of Texas*; No. 01-15-00813-CR

b. The undersigned attorney has been responsible for responding to numerous questions and requests for assistance from prosecutors in the Trial Bureau of the Harris County District Attorney's Office regarding matters which were time-sensitive and critical for cases currently in trial.

c. And, finally, the undersigned attorney has been assigned to a Harris County District Attorney's Office investigative team which, in coordination with the Texas Rangers and with the Houston Police Department, is tasked with investigating the alleged sale of human tissue and organs at Planned Parenthood Gulf Coast. The

investigation has been time-consuming, has required travel to Austin and Fort Worth, and, thus, has substantially added to the undersigned attorney's workload.

10. Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted, despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

11. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the State an extension of time, until October 28, 2015, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 755-5826

Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has

been served upon Hattie Sewell Shannon, appellant's attorney of record on appeal,

on September 28, 2015, at the following e-mail address, through the electronic

service system provided by eFile.TXCourts.gov:

hattieshannon52@yahoo.com


/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net